

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDERICK HERROD, | § | |
|     PETITIONER, | § | |
| | § | |
| v. | § | No. 3:03-CV-1788-D |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION,  · | § | |
|     RESPONDENT. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings,
Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,
in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the
Findings and Conclusions of the Magistrate Judge are correct, and they are adopted as the Findings
and Conclusions of the Court.

SIGNED this 18th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

# CLOSED

## CASE NUMBER:  3:03-CV-1788-D

## DATE :      04/18/05

### TRIAL:         _____ YES

### __X __  NO